**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ANDREA RAMIREZ GARCIA and ROSA GARCIA CORTES,**

Plaintiff,

vs.

**MERCEDES-BENZ USA, LLC,**

Defendants.

Case No.: 2:25-cv-12246-SVW-AJR

District Judge *Stephen V. Wilson*

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO DISMISS**

**IT IS SO ORDERED.**

Having reviewed the Joint Stipulation submitted by all parties on November 16, 2026, it is hereby ORDERED that the instant action, in its entirety, is DISMISSED with prejudice.

Dated: November 17, 2026 By: [signature]

Honorable Stephen V. Wilson
United States District Judge